MELVIN DELGADO *v.* COMMISSIONER OF CORRECTION

The petitioner Melvin Delgado's petition for certification for appeal from the Appellate Court, 114 Conn. App. 609 (AC 29199), is denied.

*Arthur L. Ledford*, special public defender, in support of the petition.

*Nancy L. Chupak*, senior assistant state's attorney, in opposition.

Decided July 8, 2009